Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

KAREL SPIKES,

    Plaintiff,

vs.

SYED M. TAHIR dba S S AUTO REPAIR; CULBERT FAMILY BYPASS TRUST 2-28-97 and DOES 1 THROUGH 10, Inclusive,

    Defendants.

FILED
2008 JUN 18 PM 4:24
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 1082 BEN JMA

TO: (Name and Address of Defendant)

*Culbert Family Bypass Trust 2-28-97*
*c/o Louise Culbert*
*7929 Lemon Circle*
*La Mesa, CA 91941*

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Amy B. Vandeveld, Esq.
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue
San Diego, CA 92101
(619) 231-8883

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
K. HAMMERLY

JUN 18 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\144431\1 May 5, 1999 (11:34am)

AMY B. VANDEVELD, ESQ. (SBN 137904)
LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO  CA  92101
619-231-8883
Attorney for :  KAREL SPIKES

Ref. No.      : 0297936-01
Atty. File No.: 08CV1082BENJMA

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN  JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : KAREL SPIKES | Case No.: 08-CV-1082-BEN-JMA |
| DEFENDANT | : SYED M. TAHIR dba S S AUTO REPAIR; et al | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL COMPLAINT; CIVIL COVER SHEET

3. a. Party served    :   CULBERT FAMILY BYPASS TRUST 02-28-97
                          AUTHORIZED AGENT FOR SERVICE: LOUISE CULBERT, TRUSTEE
   b. Person served  :   LOUISE CULBERT
                         (AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served  7929 LEMON CIRCLE
                                        LA MESA, CA  91941      (Residence)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on  June 24, 2008   (2) at: 12:38 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:    CULBERT FAMILY BYPASS TRUST 02-28-97
                       AUTHORIZED AGENT FOR SERVICE: LOUISE CULBERT, TRUSTEE
       under [xx] Other    TRUST

7. **Person who served papers**
   a. JOE COSTA
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California 92101
   c. 619-233-9700

   d. Fee for service: $51.75
   e. I am:
      (3) a registered California process server
         (i)   an independent contractor
         (ii)  Registration No.: 1423
         (iii) County: SAN DIEGO, CA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  June 28, 2008

Signature: _____
           JOE COSTA

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**