1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11   KAREL SPIKES,                    )  Case No. 08-CV-1082-BEN (JMA)
                                      )
12              Plaintiff,            )  **ORDER REGARDING TELEPHONIC**
                                      )  **SETTLEMENT DISPOSITION**
13   v.                               )  **CONFERENCE**
                                      )
14   SYED M. TAHIR dba S S AUTO       )
     REPAIR; CULBERT FAMILY BYPASS    )
15   TRUST 2-28-07; et al.,           )
                                      )
16              Defendants.           )
                                      )
17   _____ )

18

19       An Early Neutral Evaluation Conference was held on August

20   28, 2008 at 10:00 a.m.  The case settled.  The attorneys shall

21   appear for a telephonic Settlement Disposition Conference on

22   **October 2, 2008** at **4:00 p.m.** before Magistrate Judge Adler unless

23   a joint motion for dismissal is filed with the Court, and a

24   separate proposed order for dismissal is e-mailed to the district

25   judge's e-mail address, prior to that time.[1]  If a joint motion

26   for dismissal and proposed order thereon cannot be provided on or

27

28       [1]See Electronic Case Filing Administrative Policies and
     Procedures Manual, Sections 2.f. and 2.h., for more information.

1  before the date indicated above, counsel shall contact the

2  chambers of Magistrate Judge Adler <u>at least one court day before</u>

3  <u>the date indicated above to explain the reasons therefor.</u>

4  <u>Failure to comply with this order may be cause for the imposition</u>

5  <u>of monetary sanctions.</u>

6       **IT IS SO ORDERED.**

7  DATED:  August 28, 2008

8  _____
   Jan M. Adler

9  U.S. Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08cv1082